*In re* JORGE MORENO FRANCO.

*Número:* TS-8398          *Resuelto:* 24 de marzo de 2006

## RESOLUCIÓN

Se toma conocimiento de que Jorge Moreno Franco no está interesado en reactivarse al ejercicio de la abogacía y se le da de baja permanentemente de esta profesión.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada Señora Fiol Matta no intervino.

> *(Fdo.)* Aida Ileana Oquendo Graulau
> *Secretaria del Tribunal Supremo*